UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JUDITH DEMARINO | ) | CASE NO.  1:07-CV-533 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER BOYKO |
| vs. | ) | |
| | ) | O R D E R |
| LORAIN COUNTY COMMUNITY COLLEGE,.et al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This Court having reviewed the Report and Recommendation (Doc.#22) of Magistrate Judge Hemann regarding the Motion to Dismiss a Portion of Count Four (Doc.#7) and the Objections of the plaintiff, (Doc.# 23) and having conducted a de novo review of the issues raised, adopts in full the Report and Recommendation (Doc.#22) and GRANTS defendant's Motion and DISMISSES that portion of DeMarino's fourth cause of action alleging a conspiracy to violate her right to equal protection in violation of 42 U.S.C. § 1985 (Doc.#7).

IT IS SO ORDERED.

Dated:09/06/2007

S/Christopher A.  Boyko

CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE